United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16724-mdc
Bill C. Tsikas                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: dlv    Page 1 of 2    Date Rcvd: Oct 12, 2017
                Form ID: 309I    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.
```
db             Bill C. Tsikas,    352 Bridge Street,    Collegeville, PA 19426-3505
13992796       AMERICAN AIRLINES FCU,    PO Box 619001,    Dallas, TX 75261-9001
13992797       APOTHAKER SCIAN, P.C.,    520 Fellowship Rd Ste C306,    Mount Laurel, NJ 08054-3410
13992798       BIRCHWOOD HOMEOWNERS ASSOCIATION,    365 Bridge St # 1,    Collegeville, PA 19426-3507
13992799       BRETT M. MCCARTNEY, ESQUIRE,    500 Delaware Ave Ste 1500,    Wilmington, DE 19801-1494
13992800       CAPITAL BANK NA,    110 Gibraltar Rd Ste 130,    Horsham, PA 19044-2302
13992803       CREDIT ACCEPTANCE CORP,    PO Box 5070,    Southfield, MI 48086-5070
13993787      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13992805       LUPPOLD HEATING & COOLING,    2729 Leisczs Bridge Rd,    Leesport, PA 19533-9335
13992807       MID AMERICA B&T GENESIS,    PO Box 4499,    Beaverton, OR 97076-4499
13992810       PROFESSIONAL BUREAU,    5295 Dtc Pkwy,    Greenwood Village, CO 80111-2752
13992812    ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO 80163-6005
              (address filed with court:  SPECIALIZED LOAN SERVICING,     PO Box 266005,
                Littleton, CO 80163-6005)
13992813       TRUMARK FINANCIAL CU,    335 Commerce Dr,    Fort Washington, PA 19034-2712
13992814       UGI HVAC ENTERPRISES INC.,    DBA AL TEMP,    1812 Pottstown Pike,    Pottstown, PA 19465-8673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: dpmudrick@verizon.net Oct 13 2017 01:38:39      DANIEL P. MUDRICK,
                MUDRICK & ZUCKER, PC,    One West First Avenue,    Suite 101,    Conshohocken, PA 19428
tr            +E-mail/Text: bncnotice@ph13trustee.com Oct 13 2017 01:40:14      WILLIAM C. MILLER, Esq.,
                Chapter 13 Trustee,    1234 Market Street,    Suite 1813,    Philadelphia, PA 19107-3704
smg            E-mail/Text: bankruptcy@phila.gov Oct 13 2017 01:39:53      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2017 01:39:13
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2017 01:39:36      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 13 2017 01:39:22      United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13992795       E-mail/Text: bankruptcy@alliantcreditunion.com Oct 13 2017 01:39:34      ALLIANT CU,
                PO Box 66945,    Chicago, IL 60666-0945
13992801       EDI: CAPITALONE.COM Oct 13 2017 01:28:00      CAPITAL ONE BANK USA NA,    PO Box 30281,
                Salt Lake City, UT 84130-0281
13992802       E-mail/Text: bankruptcycollections@citadelbanking.com Oct 13 2017 01:40:03      CITADEL FCU,
                520 Eagleview Blvd,    Exton, PA 19341-1119
13992804       EDI: AMINFOFP.COM Oct 13 2017 01:28:00      FIRST PREMIER BANK,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
13992806       EDI: RESURGENT.COM Oct 13 2017 01:28:00      LVNV FUNDING, LLC,    PO Box 10497,
                Greenville, SC 29603-0497
13992807       EDI: PHINGENESIS Oct 13 2017 01:28:00      MID AMERICA B&T GENESIS,    PO Box 4499,
                Beaverton, OR 97076-4499
13992808       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2017 01:39:13      PA DEPARTMENT OF REVENUE,
                BANKRUPTCY DIVISION,    PO Box 280946,    Harrisburg, PA 17128-0946
13992809       E-mail/Text: dmancini@pelicanaf.com Oct 13 2017 01:40:04      PELICAN AUTO FINANCE LLC,
                PO Box 420848,    San Diego, CA 92142-0848
13993323      +EDI: PRA.COM Oct 13 2017 01:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
13992811      +EDI: RESURGENT.COM Oct 13 2017 01:28:00      RESURGENT CAPITAL SERVICES,    SUITE 110,
                55 BEATTIE PL MSC 576,    GREENVILLE, SC 29601-5115
13992815       EDI: VERIZONWIRE.COM Oct 13 2017 01:28:00      VERIZON  WIRELESS,    PO Box 26055,
                Minneapolis, MN 55426-0055
                                                                                              TOTAL: 17
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0313-2          User: dlv              Page 2 of 2                  Date Rcvd: Oct 12, 2017
                              Form ID: 309I          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Debtor Bill C. Tsikas dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Bill C. Tsikas** | Social Security number or ITIN | xxx–xx–1198 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 10/2/17 |
| Case number: | 17–16724–mdc | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                              12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bill C. Tsikas | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 352 Bridge Street<br>Collegeville, PA 19426–3505 | |
| 4. | **Debtor's attorney**<br>Name and address | DANIEL P. MUDRICK<br>MUDRICK & ZUCKER, PC<br>One West First Avenue<br>Suite 101<br>Conshohocken, PA 19428 | Contact phone (610) 832–0100<br>Email:  dpmudrick@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 10/12/17 |

**For more information, see page 2**

Official Form 309I                          **Notice of Chapter 13 Bankruptcy Case**                                  page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/14/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/13/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/31/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 562.34 per month for 60 months. The hearing on confirmation will be held on:<br>**12/21/17** at **9:30 AM**, Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |