# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16724-MDC

BILL C TSIKAS

352 BRIDGE STREET

COLLEGEVILLE, PA 19426-3505

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BILL C TSIKAS

    352 BRIDGE STREET

    COLLEGEVILLE, PA 19426-3505

Counsel for debtor(s), by electronic notice only.

    DANIEL P MUDRICK
    ONE WEST 1ST AVE
    SUITE 101
    CONSHOHOCKEN, PA 19428

Date: 12/11/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee