# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 17-16724-MDC

BILL C TSIKAS

352 BRIDGE STREET

COLLEGEVILLE, PA 19426-3505

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BILL C TSIKAS

    352 BRIDGE STREET

    COLLEGEVILLE, PA 19426-3505

Counsel for debtor(s), by electronic notice only.

    DANIEL P MUDRICK
    ONE WEST 1ST AVE
    SUITE 101
    CONSHOHOCKEN, PA 19428

                                  /S/ William C. Miller

Date: 2/5/2018                       _____

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee