**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BILL C TSIKAS                                             Chapter 13

                    Debtor              Bankruptcy No. 17-16724-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this ____6th____ day of _____April_____, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL P MUDRICK
ONE WEST 1ST AVE
SUITE 101
CONSHOHOCKEN, PA 19428

Debtor:
BILL C TSIKAS

352 BRIDGE STREET

COLLEGEVILLE, PA 19426-3505