United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16724-mdc
Bill C. Tsikas                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Apr 06, 2018
                              Form ID: pdf900         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
```
db              Bill C. Tsikas,    352 Bridge Street,    Collegeville, PA   19426-3505
cr             +BIRCHWOOD HOMEOWNERS ASSOCIATION, INC.,     365-1 Bridge Street,    Collegeville, PA 19426-3507
13992796        AMERICAN AIRLINES FCU,    PO Box 619001,    Dallas, TX   75261-9001
13992797        APOTHAKER SCIAN, P.C.,     520 Fellowship Rd Ste C306,    Mount Laurel, NJ   08054-3410
14000998        Autovest, L.L.C.,    POB 2247,    Southfield, MI 48037-2247
13992798        BIRCHWOOD HOMEOWNERS ASSOCIATION,     365 Bridge St # 1,    Collegeville, PA   19426-3507
13992799        BRETT M. MCCARTNEY, ESQUIRE,     500 Delaware Ave Ste 1500,    Wilmington, DE   19801-1494
13992800        CAPITAL BANK NA,    110 Gibraltar Rd Ste 130,    Horsham, PA   19044-2302
13992801        CAPITAL ONE BANK USA NA,     PO Box 30281,    Salt Lake City, UT   84130-0281
13992803        CREDIT ACCEPTANCE CORP,    PO Box 5070,    Southfield, MI   48086-5070
14017268       +Cascade Funding Mortgage Trust 2017-1,     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,     Highlands Ranch, Colorado 80129-2386
13993787       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13992804        FIRST PREMIER BANK,    3820 N Louise Ave,    Sioux Falls, SD   57107-0145
13992805        LUPPOLD HEATING & COOLING,     2729 Leisczs Bridge Rd,    Leesport, PA   19533-9335
13992810        PROFESSIONAL BUREAU,    5295 Dtc Pkwy,    Greenwood Village, CO   80111-2752
14053900        Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,     Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13992812      ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO   80163-6005
                (address filed with court:   SPECIALIZED LOAN SERVICING,     PO Box 266005,
                 Littleton, CO  80163-6005)
13992813        TRUMARK FINANCIAL CU,    335 Commerce Dr,    Fort Washington, PA   19034-2712
13992814        UGI HVAC ENTERPRISES INC.,    DBA AL TEMP,    1812 Pottstown Pike,    Pottstown, PA   19465-8673
13992815       #VERIZON WIRELESS,    PO Box 26055,    Minneapolis, MN   55426-0055
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 07 2018 01:32:51      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2018 01:32:08
                 Pennsylvania Department of Revenue,     Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2018 01:32:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:41:51      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13992795        E-mail/Text: bankruptcy@alliantcreditunion.com Apr 07 2018 01:32:40      ALLIANT CU,
                 PO Box 66945,    Chicago, IL   60666-0945
13992802        E-mail/Text: bankruptcycollections@citadelbanking.com Apr 07 2018 01:33:06      CITADEL FCU,
                 520 Eagleview Blvd,    Exton, PA   19341-1119
13992806        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2018 01:42:20      LVNV FUNDING, LLC,
                 PO Box 10497,    Greenville, SC   29603-0497
13992807        E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 07 2018 01:33:26      MID AMERICA B&T GENESIS,
                 PO Box 4499,    Beaverton, OR   97076-4499
13992808        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2018 01:32:08      PA DEPARTMENT OF REVENUE,
                 BANKRUPTCY DIVISION,    PO Box 280946,   Harrisburg, PA   17128-0946
14031324       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 07 2018 01:31:55      PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13992809        E-mail/Text: dmancini@pelicanaf.com Apr 07 2018 01:33:08      PELICAN AUTO FINANCE LLC,
                 PO Box 420848,    San Diego, CA   92142-0848
13993323       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2018 01:34:02
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13998033       +E-mail/Text: csc.bankruptcy@amwater.com Apr 07 2018 01:33:22      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
14020114       +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 07 2018 01:32:36      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
13992811       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2018 01:41:52
                 RESURGENT CAPITAL SERVICES,    SUITE 110,   55 BEATTIE PL MSC 576,    GREENVILLE, SC 29601-5115
14015948        E-mail/Text: appebnmailbox@sprint.com Apr 07 2018 01:32:26      Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,   Overland Park, KS 66207-0949
14001632        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2018 01:42:20      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,   Oklahoma City, OK   73124-8848
13992815        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 07 2018 01:31:51
                 VERIZON WIRELESS,    PO Box 26055,   Minneapolis, MN   55426-0055
                                                                                              TOTAL: 18
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: Apr 06, 2018
                              Form ID: pdf900             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Debtor Bill C. Tsikas dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    WV 2017-1 Grantor Trust bkgroup@kmllawgroup.com
              PATRICK DANIEL MCDONNELL    on behalf of Creditor    BIRCHWOOD HOMEOWNERS ASSOCIATION, INC.
               pdmcdonnell@thomaswolpert.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BILL C TSIKAS                                          Chapter 13

           Debtor                          Bankruptcy No. 17-16724-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___6th___ day of ___April___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL P MUDRICK
ONE WEST 1ST AVE
SUITE 101
CONSHOHOCKEN, PA 19428


Debtor:
BILL C TSIKAS

352 BRIDGE STREET

COLLEGEVILLE, PA 19426-3505